MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2

KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
JOHN C. POST (SB# 233236)
johnpost@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
Bay Area Restaurant Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LINDA ROVAI-PICKETT, | CASE NO. C08-01625-MMC |
|---|---|
| Plaintiff, | [Superior Court of the State of California for the County of San Francisco, Case No. CGC 07 469683] |
| vs. | |
| HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| Defendants. | |

CERTIFICATE OF SERVICE

LEGAL_US_W # 58462787.1

I, Khae Saechao, certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 1330 Broadway, Suite 1450, which is located in the city, county and state where the mailing described below took place.

3. On March 26, 2008 I deposited in the United States Mail at Oakland, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated March 26, 2008, a copy of which is attached to this Certificate.

4. I mailed said Notice to Plaintiff at the address stated on her complaint:

17 Queen Anne Court
Millbrae, California 94030

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008.

By: /s/ Khae Saechao
Khae Saechao

LEGAL_US_W # 58462787.1                -1-                CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | MATTHEW D. ROSS, ESQ. (SB #084703) |
|   | mross@leonardcarder.com |
| 2 | JENNIFER L. MARSTON, ESQ. (SB#250018) |
|   | jmarston@leonardcarder.com |
| 3 | LEONARD CARDER, LLP |
|   | 1330 Broadway, Suite 1450 |
| 4 | Oakland, CA 94612 |
|   | Telephone: (510) 272-0169 |
| 5 | Facsimile: (510) 272-0174 |
| 6 | Attorneys for Defendant |
|   | UNITE HERE! Local 2 |
| 7 | |
|   | KATHERINE C. HUIBONHOA (SB# 207648) |
| 8 | katherinehuibonhoa@paulhastings.com |
|   | JOHN C. POST (SB# 233236) |
| 9 | johnpost@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 10 | 55 Second Street |
|   | Twenty-Fourth Floor |
| 11 | San Francisco, CA 94105-3441 |
|   | Telephone: (415) 856-7000 |
| 12 | Facsimile: (415) 856-7100 |
| 13 | Attorneys for Defendant |
|   | Bay Area Restaurant Group |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| LINDA ROVAI-PICKETT, | CASE NO. _____ |
| Plaintiff, | [Superior Court of the State of California for the County of San Francisco, Case No. CGC 07 469683 |
| vs. | |
| HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50, | **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| Defendants. | |

LEGAL_US_W # 58462787.1                                         NOTICE OF REMOVAL OF CIVIL ACTION

TO PLAINTIFF LINDA ROVAI-PICKETT:

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Northern District of California, on March 26, 2008. Attached is a copy of the Notice of Removal, the filing of which effects the removal of this action to the United States District Court.

DATED: March 26, 2008          LEONARD CARDER, LLP

By: _____
               MATTHEW D. ROSS

Attorneys for Defendant
UNITE HERE! Local 2

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On March 28, 2008, I served the following document:

1. **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

**Katherine C. Huibonhoa**        katherinehuibonhoa@paulhastings.com

**John C. Post**                  johnpost@paulhastings.com

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Linda Rovai-Pickett**
**17 Queen Anne Court**
**Millbrae, CA 94030**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 28, 2008.

/s/ Khae Saechao
Khae Saechao

LEGAL_US_W # 58462787.1

CERTIFICATE OF SERVICE