MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2

KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
JOHN C. POST (SB# 233236)
johnpost@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
Bay Area Restaurant Group

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. C08-01625-MMC<br><br>[Superior Court of the State of California for the County of San Francisco, Case No. CGC 07 469683]<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO SUPERIOR COURT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |

CERTIFICATE OF SERVICE

LEGAL_US_W # 58462787.1

I, Matthew D. Ross certify and declare as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 1330 Broadway, Suite 1450, which is located in the city, county and state where the filing described below took place.

3. On March 26, 2008, I filed in Superior Court for the County of San Francisco the Notice to Superior Court of Removal of Civil Action to United States District Court for the Northern District Court dated March 26, 2008. A copy of said Notice is attached to this Certificate.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2008.


By: /s/ Matthew D. Ross
        MATTHEW D. ROSS

| | |
|---|---|
| 1 | MATTHEW D. ROSS, ESQ. (SB# 084703) |
|   | mross@leonardcarder.com |
| 2 | JENNIFER L. MARSTON, ESQ. (SB# 250018) |
|   | jmarston@leonardcarder.com |
| 3 | LEONARD CARDER, LLP |
|   | 1330 Broadway, Suite 1450 |
| 4 | Oakland, CA 94612 |
|   | Telephone: (510) 272-0169 |
| 5 | Facsimile: (510) 272-0174 |

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

MAR 2 6 2008

GORDON PARK-LI, Clerk
BY: _____ Deputy Clerk

6  Attorneys for Defendant
   UNITE HERE! Local 2
7
8  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
   JOHN C. POST (SB# 233236)
9  johnpost@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 55 Second Street
   Twenty-Fourth Floor
11 San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
12 Facsimile: (415) 856-7100

13 Attorneys for Defendant
   Bay Area Restaurant Group

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| LINDA ROVAI-PICKETT, | CASE NO. CGC 07 469683 |
| Plaintiff, | **NOTICE TO SUPERIOR COURT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| vs. | |
| HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50, | |
| Defendants. | |

LEGAL_US_W # 58462787.1

NOTICE TO STATE COURT CLERK OF REMOVAL

TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO:

Attached hereto as Exhibit A is a correct copy of the Notice to Adverse Party of Removal of Civil Action to the United States District Court, the original of which was filed with the United States District Court for the Northern District of California on March 26, 2008. Said Notice was also served on Plaintiff by U.S. Mail on March 26, 2008.

The filing of said Notice of Removal effects the removal of the above-entitled action from this Court.

DATED: March 26, 2008

MATTHEW D. ROSS
JENNIFER L. MARSTON
LEONARD CARDER, LLP

By: _____
MATTHEW D. ROSS

Attorneys for Defendant
UNITE HERE! LOCAL 2

DATED: March 26, 2008

KATHERINE C. HUIBONHOA
JOHN C. POST
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
JOHN C. POST

Attorneys for Defendant
BAY AREA RESTAURANT GROUP

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On March 28, 2008, I served the following document:

1. **CERTIFICATE OF SERVICE OF NOTICE TO SUPERIOR COURT OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

**Katherine C. Huibonhoa**          katherinehuibonhoa@paulhastings.com

**John C. Post**                              johnpost@paulhastings.com

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Linda Rovai-Pickett**
**17 Queen Anne Court**
**Millbrae, CA 94030**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 28, 2008.

/s/ Khae Saechao
Khae Saechao

LEGAL_US_W # 58462787.1

CERTIFICATE OF SERVICE