Robert E. Sheeder
Bracewell & Giuliani
1445 Ross Avenue, Suite 3800
Dallas, TX 75202-2711
(214) 758-1643
(Name, address, and phone number of applicant)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

        Plaintiff(s),

    v.

HMSHost Inc., et al.

        Defendant(s)

CASE NO. 3:08-cv-01625 MMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, , Robert E. Sheeder, an active member in the State of Texas in good standing of the bar of , hereby applies Pro Hac Vice for admission to practice in the Northern District of California on a pro hac vice basis representing HMS International Inc., incorrectly sued as HMSHost Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Katherine C. Huibonhoa, Paul Hastings,
55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105
(415) 856-7035

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

Plaintiff(s),

v.

HMSHost Inc., et al.

Defendant(s).

CASE NO. 3:08-cv-01625 MMC

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Robert E. Sheeder, an active member in good standing of the bar of State of Texas whose business address and telephone number (particular court to which applicant is admitted) is, Bracewell & Giuliani, 1445 Ross Avenue, Suite 3800, Dallas, Texas 75202, 214-758-1643 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

HMS International Inc., incorrectly sued as HMSHost Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April    , 2008

United States                Judge
Maxine M. Chesney

LEGAL_US_W # 58428732.1

American LegalNet, Inc.
www.FormsWorkflow.com