UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

　　　　　　　　　　Plaintiff(s),

v.

HMSHost Inc., et al.

　　　　　　　　　　Defendant(s).

CASE NO. 3:08-cv-01625 MMC

(~~Proposed~~)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert E. Sheeder, an active member in good standing of the bar of State of Texas whose business address and telephone number (particular court to which applicant is admitted) is, Bracewell & Giuliani, 1445 Ross Avenue, Suite 3800, Dallas, Texas 75202, 214-758-1643 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

HMS International Inc., incorrectly sued as HMSHost Inc.

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　Maxine M. Chesney

LEGAL_US_W # 58428732.1