Nancy Morrison O'Connor
Bracewell & Giuliani
2000 K Street, Suite 500
Washington, DC 20006
202-858-5846
(Name, address, and phone number of applicant)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

               Plaintiff(s),

v.

HMSHost Inc., et al.

               Defendant(s)

CASE NO. ~~CGC-07-469683~~ 08-1625 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, , Nancy Morrison O'Connor, an active member in the District of Columbia in good standing of the bar of , hereby applies Pro Hac Vice for admission to practice in the Northern District of California on a pro hac vice basis representing HMS International Inc., incorrectly sued as HMSHost Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Katherine C. Huibonhoa, Paul Hastings,
   55 Second Street, Twenty-Fourth Floor, San Francisco, CA 94105
   (415) 856-7035

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2008

*Nancy Morrison O'Connor*

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

                Plaintiff(s),

v.

HMSHost Inc., et al.

                Defendant(s).

CASE NO. 08-1625 MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Nancy Morrison O'Connor, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is, Bracewell & Giuliani, 2000 K Street, Suite 500, Washington, DC 20006, 202-858-5846 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                  United States          Judge

ORIGINAL

American LegalNet, Inc.
www.FormsWorkflow.com