1  ROBERT E. SHEEDER (TX Bar# 18174300)
   Admitted pro hac vice
2  robert.sheeder@bgllp.com
   1445 Ross Avenue, Suite 3800
3  Dallas, TX 75202
   Telephone: (214) 758-1643
4  Facsimile: (214) 758-8340

5  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
6  JOHN C. POST (SB#233236)
   johnpost@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
8  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
9  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
10
   Attorneys for Defendant
11 BAY AREA RESTAURANT GROUP,
   (incorrectly named as HMS HOST, INC.)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>        Plaintiff,<br><br>v.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>        Defendants. | CASE NO. C 08-01625 MMC<br><br>**NOTICE OF MOTION TO DISMISS AND BRIEF IN SUPPORT**<br><br>Date:    June 27, 2008<br>Time:    9:00 a.m.<br>Judge:   Hon. Maxine M. Chesney |

TO PLAINTIFF, ACTING IN PROPIA PERSONA, LINDA ROVAI-PICKETT:

PLEASE TAKE NOTICE that on June 27, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Maxine M. Chesney in Courtroom 7 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Bay Area Restaurant Group ("BARG") will, and hereby does, move this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) for an order dismissing with prejudice the First Amended Complaint of Plaintiff Linda Rovai-Pickett on the grounds that this Court lacks subject matter jurisdiction as to some or all of the claims because her claims are preempted by federal law, her claims are time barred, and/or she fails to state a claim upon which relied can be granted.

The Motion is based on this Notice and the Memorandum of Points and Authorities in support thereof, the Request for Judicial Notice, and such other oral and documentary evidence as may be presented prior to or at the time of the hearing on this matter.

DATED: April 2, 2008         BRACEWELL & GIULIANI LLP


By:     /s/ Robert E. Sheeder
        ROBERT E. SHEEDER (admitted pro hac vice)

Attorneys for Defendant
BAY AREA RESTAURANT GROUP,
(incorrectly sued as HMS HOST, INC.)