| | |
|---|---|
| 1 | ROBERT E. SHEEDER (TX Bar # 18174300) |
| | Admitted pro hac vice |
| 2 | robert.sheeder@bgllp.com |
| | 1445 Ross Avenue, Suite 3800 |
| 3 | Dallas, TX 75202 |
| | Telephone: (214) 758-1643 |
| 4 | Facsimile: (214) 758-8340 |
| 5 | KATHERINE C. HUIBONHOA (SB# 207648) |
| | katherinehuibonhoa@paulhastings.com |
| 6 | JOHN C. POST (SB# 233236) |
| | johnpost@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 8 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 9 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 10 | |
| 11 | Attorneys for Defendant |
| | BAY AREA RESTAURANT GROUP, |
| 12 | (incorrectly named as HMS HOST, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ROVAI-PICKETT, | CASE NO. C 08-01625 MMC |
| Plaintiff, | CERTIFICATE OF SERVICE OF NOTICE OF MOTION TO DISMISS |
| vs. | Date: June 27, 2008 |
| HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50, | Time: 9:00 A.M. |
| | Judge: Hon. Maxine M. Chesney |
| Defendants. | |

Case No. Case No. C-08-01625 MMC

CERTIFICATE OF SERVICE

LEGAL_US_W # 58606362.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On April 2, 2008, I served a copy of the within documents:

1) **NOTICE OF MOTION TO DISMISS AND BRIEF IN SUPPORT**

2) **MOTION TO DISMISS AND BRIEF IN SUPPORT OF DEFENDANT BAY AREA RESTAURANT GROUP**

I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which sent notification of such filings to the following:

| | |
|---|---|
| **Jennifer Lynn Marston** | jmarston@leonardcarder.com |
| **Matthew D. Ross** | mross@leonardcarder.com |

I also served the foregoing documents by placing true copies thereof enclosed in a sealed envelope and served in the manner described below to each of the parties herein and addressed as stated below:

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

**Linda Rovai-Pickett**
**17 Queen Anne Court**
**Millbrae, CA 94030**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 2, 2008, at San Francisco, California.

/s/ *Patricia A. Lawson*
_____
Patricia A. Lawson

Case No. C-08-01625 MMC   -2-   CERTIFICATE OF SERVICE
LEGAL_US_W # 58606362.1