# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Linda Pickett

E-filing

                        Plaintiff(s),

            v.

HMSHost Inc., et al.

CASE NO.   08-1625 mmC

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

                        Defendant(s).

Nancy Morrison O'Connor, an active member in good standing of the bar of the District of

Columbia whose business address and telephone number (particular court to which applicant is

admitted) is, Bracewell & Giuliani, 2000 K Street, Suite 500, Washington, DC 20006, 202-858-

8846, having applied in the above-entitled action for admission to practice in the Northern

District of California on a *pro hac vice* basis, representing, as stated in her

application, "HMS International Inc., incorrectly sued as

HMSHost Inc.,"

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  **APR 0 7 2008**

United States District Judge

American LegalNet, Inc.
www.FormsWorkflow.com