IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>HMS HOST, INC., et al.,<br><br>  Defendants.<br>_____ / | No. C-08-1625 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS** |

    Before the Court is plaintiff's Motion for Leave to Proceed in Forma Pauperis, filed April 23, 2008. Defendants removed the instant action to this Court on March 26, 2008, and, at that time, paid the requisite filing fee. No further filing or other fee is due at this time.

    Accordingly, plaintiff's motion is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: April 23, 2008

MAXINE M. CHESNEY
United States District Judge