Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Rovai-Pickett, | |
| Plaintiff | CASE No. *C08 01625* |
| vs. | Declaration of William |
| HMS Host Inc., | Henshall in support of |
| HERE Local #2 | Plaintiff's Motion to |
| | Remand |
| Does 1 thru 50 | |
| Defendants | |

Please be advised that not only am I a material, even key, witness in the instant case, but that I am assisting Plaintiff Linda Rovai-Pickett, a friend of long standing, whom I apprehend has been *egregiously* damaged by the unlawful acts of Defendants HMS Host and HERE Local #2, with her attempt to secure not only her right redress of grievance, as secured by the 𝕮𝖆𝖑𝖎𝖋𝖔𝖗𝖓𝖎𝖆 𝕮𝖔𝖓𝖘𝖙𝖎𝖙𝖚𝖙𝖎𝖔𝖓 [1849] and the 𝕮𝖔𝖓𝖘𝖙𝖎𝖙𝖚𝖙𝖎𝖔𝖓 𝖋𝖔𝖗 𝖙𝖍𝖊 𝖚𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 {1787/1791} for the injuries inflicted upon her, but with the intent to raise novel questions of Constitutional law of grave importance to every American.

As such, Plaintiff's case will suffer *irreparable* damage in federal court as I lack any ID emanating from the *de facto national* government which would "qualify" me for entry into the federal building, let alone this court and with no apparent lawful authority relied upon, with none being cited by the 'goon at the gate' when such a demand was made, which 'authority' achieves, in effect, the exclusion of the entirety of "Our posterity" and/or lawful de jure jus sanguinis and jus soli State Citizens (*Article IV, Section 2 of the Constitution*) from the judicial power of the united States.

This is *NOT* to imply that I, or anyone like situated, is in any need of such *de facto* ID, most especially when the acquisition of the same almost certainly, albeit courtesy of *fiction of law*, comprises the applicant's "voluntary" agreement (*In Re Meador 16 Fed Cases 1292*) to be, in effect, stripped of his lawful de jure State Citizenship, and be relegated to the *de facto national* 'citizenship' of *artificial* creatures of the State (*Hale v Henkel 201 US 43*) thereby attaching all of the disabilities inherent in Section 4 of the 14th "amendment", including a stipulation to the exercise of *federal regional martial law* during times of what has become a perpetual state of "emergency" and, not redundantly, disqualified from invoking the judicial power of the united States pursuant to the "*Ashwander Doctrine*" of the supreme Court of the united States (*Ashwander v TVA 297 US 288,341*).

Noted here is the fact that a prerequisite for obtaining many, if not all, of the "qualifying" de facto ID is the possession of a social (in)security account number, the application for which is an *entirely voluntary* process (42 USC 302(a)(8), 42 USC 405).

In my own personal case, after extensive study of the Constitution and laws of the united States, I concluded that it was *essential*, for the purposes of status & standing pursuant to the "*Ashwander Doctrine*" (see *Ashwander, supra*) and with due regard to the fact that I had been *fraudulently* induced by the *de facto national* government to apply for such number, to make a rescission of my application for a social (in)security number.

Of the central objections to the social (in)security system, none is more striking than that the recipient of social (in)security benefits, with these benefits deriving from the "*mandatory contributions*" from one's property in the form of time and labor, *has no property rights* cognizable to the Constitution in the receipt of such benefits (*Flemming v Nestor 363 US 603*)

Another cogent consideration, like the above in that no disclosure was made to me or, evidently, any applicant for benefits, is that such application for the largesse of the *de facto national* government is, again, courtesy of some or another *fictions* of law, one's "voluntary" acquiescence (see *Wickard v Filburn 317 US 111, Meador, supra*) to a jurisdiction and venue outside that of a State judicial district, one that I have identified from it's source and nature as being *federal regional martial law.*

Consistent with this reasoning regarding such personal acquiescence, one can, by the 'voluntary use' of such system be held to agree to it (*Millican v US 600 Fed 2nd 273*), or to "subject himself to compulsion" (*Bank of Columbia v Okely 4 Wheat. 235*).

Upon discovering these, and other, Constitutional flaws, I made a lawful rescission for cause (copy available upon request) of my application for a social (in)security number nunc pro tunc ab initio via first class mail postage prepaid to *all known affected parties* on August 1st, 1998.

There never having been any response to this rescission, the same is now a fait accompli for all intents and purposes, if for no other reason than the doctrine of laches.

In addition, any attempt to acquire such *de facto* ID, be it a passport, driver's license, 'state' ID or the like, will necessarily entail, pursuant to the specific language in each of those forms, a declaration, *under penalty of perjury*, that I am a "United States citizen", which 'evidence' could be used

to convict me for perjury as I not only believe that I am *NOT* such a 'citizen, but have the goods to prove it.

For the purposes of this declaration I mention here that the only definitions that I have found, in twenty three years, for 'citizen' emanate from either Section 1 of the 14th "amendment" or it's statutory offspring, 8 USC 1401(a), couched in *exactly* the same language as the "amendment".

With this definition being in fundamental conflict with the definition of "*Citizen*" in *Bouviers Law Dictionary (1859)*, the Congressionally sanctioned *official* definitions of the terms of the Constitution, and with no substantive change having occurred to my jus sanguinis and jus soli birthright Citizenship, traceable back long antecedent to the 'enactment' of the 14th "amendment", I have concluded that I am *NOT* such a "citizen" as mentioned in the 14th "amendment", meaning, minimally at least, that this amendment has no application to me.

The 'enactment' of the 14th 'amendment" was of such profound irregularity, in terms of Constitutional processes, as to be wide open to challenge, as may occur in the instant case, as well as contesting the 'enactment' of the Reconstruction Act of 1867, to which *war* legislation this "amendment" owes its tenuous existence.

Worthy of note also is that the voter registration form also contains the same declaration as to the applicant's 'citizenship'. Accordingly this works, in my view, a manifest disenfranchisement of not only my right to vote, but to participate in government at any level and in any department and works a similar disability for *any* and *all like situated* State Citizens.

I therefore agree with President Andrew Johnson who, in his veto message of the Reconstruction Act identified it for what it was: a ***Bill of Attainder*** against 9 million white southerners (and northern whites, as it has turned out) !

Accordingly, if I am not admitted into this court, Plaintiff will be placed in dire jeopardy of losing my supporting testimony and all other ancillary assistance which I could and would offer.

In an odd sort of symmetry, I note the concerns of Senator John Sherman of Ohio, speaking in the context of the then recent 13th Amendment and his perceived view of the necessity for vigorous use of Section 2 thereof, the enforcement clause, when he said:

> "No American can be free without the right to sue and be sued, to plead and be impleaded, *to acquire and hold property*, and *to testify in a court of justice* ... Congress has the power, by the express terms of this amendment, to secure these rights. To say that a man is a freeman and *yet is not able to assert and maintain his right, in a court of justice, is a negation of terms*."

> 39[th] Congress 1st Session, 41 (December 13[th], 1865)

> As cited in "*A More Perfect Union*" at page 429
> By Harold Hyman
> Alfred A. Knopf Publishers 1973

Naturally I disagree with the speaker pursuant to the power of Congress or, more to the point, the lack thereof, with regard to the rights of "Our Posterity", *creators of all government*.

Duly noted here is that Plaintiff is resisting suffering the same fate in the instant case along with me, as I cannot, at the moment, gain entry into the federal court and the case has been, for the moment, summarily removed from the State court and, apparently, all jurisdiction, thus denying me entry into a court into which my entry would be uncontested.

These seemingly anomalous, if not unconstitutional, situations, are, with my years of observation and study, just the sort of *reverse* results envisioned by those nefarious nabobs behind the scenes of government to subvert the Nation & Republic and convert it to a democracy (in effect, *three* wolves and *two* sheep voting on what's for dinner !).

Another quote is offered here:

> "Those sharing Woolsey's fears assembled without difficulty rosters of *national* government functions initiated or expanded since 1861. These appeared (!-ed) to prove that the Civil War created a *massive centralization in Washington* with consequent diminutions in that Victorian Holy-of-holies, *respect for law*.
> *** After Appomattox, this centralization charge received renewed employment

by opponents to any Reconstruction at all, especially, as matters developed, to one by Congress. Out of the centralization assertion came the *tenacious historical tradition* that wily entrepreneurs and avaricious political opportunists *cynically* exploited naïve racial equalitarians, and, employing the nation's *excessively swollen powers, transformed state-centered federalism into an American leviathan*."

As cited in "*A More Perfect Union*" at pages 379-380
By Harold Hyman
Alfred A. Knopf Publishers 1973

An astute observation which today finds its manifestation in the current administration and its overt claims, in the pending case of *Al-Odah v US 06-1696*, that the President, acting as Commander-in-Chief of the armed forces has, in effect, the authority to detain *ANYONE in the WORLD, United States "citizens" included, PERPETUALLY, in MILITARY custody without charges, Habeas Corpus, counsel, judicial process, et al.*

Not to say that Congress has been denied its share of the fun, either, most especially with the view in mind of its *unlimited* array of powers pursuant to the Interstate Commerce clause as discussed in the pleadings and not repeated herein.

## JURAT

All facts stated herein are true of my own personal knowledge and this declaration is made *under penalty of perjury* and was executed at Millbrae, California on the 18TH day of April, 2008.

*[signature: William Henshall]*
William Henshall/Declarant
*First Judicial District*
P. O. Box 281676
San Francisco, California, USA