Linda Rovai-Pickett
*17 Queen Anne Court*
Millbrae California, 94030
650-873-2188

FILED
08 APR 23 PM 12:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** | ) |
| | ) |
| | ) CASE No. *C08 01625* MMC |
| Plaintiff | ) |
| | ) |
| | ) |
| vs. | ) Motion for leave to |
| | ) |
| HMS Host Inc. | ) proceed In Forma Pauperis |
| | ) |
| HERE Local # 2 | ) |
| | ) FRCP Rule 3 |
| | ) |
| Does 1 thru 50 | ) |
| | ) |
| Respondents | ) |

COMES NOW Plaintiff Linda Rovai=Pickett, a lawful de jure State Citizen, appearing *specially* and not generally herein to challenge the jurisdiction of this court (while being a Plaintiff in only an *involuntary* sense pursuant to the unlawful removal of this case from State court as elsewhere set forth) to move the court, pursuant to Rule 3 of the Federal Rules of Civil Procedure to proceed in forma pauperis.

Pursuant to the accompanying Affidavit of Poverty, it remains but to note that my request to proceed in forma pauperis was approved in the underlying State case and my conditions since that time have remained, at best, similar, if not worse since my State IFP approval. I remain off the job and on workmen's comp. Even assuming my return to my job, I will yet have incurred large amounts of debt in the form of personal loans made to enable me to provide for myself and my children (one in college and one a dependent adult child with learning disabilities in addition to autism, Aspergers, and other medical conditions).

Noted here is that this situation has *specifically arisen* due to the *unlawful* act of Defendants in terminating me for attempting to **<u>assert rights secured by the Constitution</u>**, most especially when they knew, or should have known, the serious and substantive issues of law, as presented in the instant case and in Case No. *CGC 07-469683* were the basis for my actions.

_____  April 23 2008
Linda Rovai-Pickett/Plaintiff
In Propria Persona

Linda Rovai-Pickett
*17 Queen Anne Court*
Millbrae California, 94030
650-873-2188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** ) | |
| ) | |
| ) | **CASE No. *C08 01625*** |
| Plaintiff ) | |
| ) | |
| ) | |
| vs. ) | Affidavit of Poverty |
| ) | |
| HMS Host Inc. ) | |
| ) | |
| HERE Local # 2 ) | |
| ) | FRCP Rule 3 |
| ) | |
| Does 1 thru 50 ) | |
| ) | |
| Respondents ) | |
| ) | |
| ) | |
| _____ ) | |

My name is Linda Rovai-Pickettl. I am the Plaintiff in the hereinabove entitled case. In addition to noting that my application for proceeding In Forma Pauperis in the underlying State case (No. **CGC 07-469683**) was approved, it remains but to say that my resources have been severely depleted by reason of being wrongfully terminated by Defendants, the act which gave rise to this case.

I have two bank accounts, checking and savings with a total of about $1,800.00, no credit cards, do not own any real estate, own a 1998 car, am on workmen's comp pending my return to work, -- and, as mentioned, have spent most of my resources to prosecute this case by asserting rights secured by the Constitution and thus I cannot meet my monthly expenses .

I declare, **under penalty of perjury,** that the above is true and correct. Executed on April 23rd, 2008 at Millbrae, California.

_____  April 23rd 2008
Linda Rovai-Pickett/Plaintiff
In Propria Persona