Linda Rovai-Pickett
*17 Queen Anne Court*
Millbrae California, 94030
650-873-2188



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** )<br>)<br>) | **CASE No. *C08 01625*** |
| Plaintiff ) | |
| ) | |
| vs. ) | Affidavit of Poverty |
| ) | |
| HMS Host Inc. ) | |
| ) | |
| HERE Local # 2 ) | |
| ) | FRCP Rule 3 |
| ) | |
| Does 1 thru 50 ) | |
| ) | |
| Respondents ) | |

     My name is Linda Rovai-Pickettl. I am the Plaintiff in the hereinabove entitled case. In addition to noting that my application for proceeding In Forma Pauperis in the underlying State case (No. *CGC 07-469683*) was approved, it remains but to say that my resources have been severely depleted by reason of being wrongfully terminated by Defendants, the act which gave rise to this case.

     I have two bank accounts, checking and savings with a total of about $1,800.00, no credit cards, do not own any real estate, own a 1998 car, am on workmen's comp pending my return to work, -- and, as mentioned, have spent most of my resources to prosecute this case by asserting rights secured by the Constitution and thus I cannot meet my monthly expenses.

     I declare, *under penalty of perjury,* that the above is true and correct. Executed on April 23rd, 2008 at Millbrae, California.

_____  
Linda Rovai-Pickett/Plaintiff  
In Propria Persona