ORIGINAL

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

FILED

08 APR 25 PM 1:53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,**           )<br>                                              )<br>                                              )<br>            Plaintiff                   )<br>                                              )<br>                                              )<br>                                              )<br>         vs.                             )<br>                                              )<br> HMS Host Inc.,                  )<br>                                              )<br> HERE Local #2                  )<br>                                              )<br>                                              )<br> Does 1 thru 50                   )<br>                                              )<br>          Defendants             )<br>                                              )<br>                                              )<br> _____)  | CASE No. *C08 01625* MMC<br><br><br><br>*Proof of Service* |

# Proof of Service

I an domiciled in San Mateo County, California. I am over the age of 18 and not a party to the within action. My address is: First Judicial District, P. O. Box 281676 San Francisco, California, USA. On April 24th, I served the following documents in *Case No. 08-01625*:

Plaintiff's Motion to Remand

Declaration of William Henshall in support of Motion to Remand

Plaintiff's Answer to Defendant's Motion to Dismiss

on the following parties via first class mail postage prepaid at the Post Office in San Francisco, California:

| | |
|---|---|
| Matthew Ross | Robert Sheeder |
| @ Leonard Carder LLP | 1445 Ross Avenue Suite 3800 |
| 1330 Broadway Suite 1450 | Dallas, Texas  75202 |
| Oakland, California 94612 | Attorney for Defendant BARG |
| Attorney for Defendant HERE Local #2 | and/or HMS Host Inc. |
| | |
| Paul Clement | Jerry Brown |
| Office of the Solicitor General | Office of the Attorney General |
| 950 Pennsylvania Avenue NW | 1300 I Street |
| Washington DC 20530 | Sacramento, California |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Millbrae, California on April 24th, 2008.

*/s/ William Henshall*
William Henshall/Declarant