To:   Hon. Maxine Chesney

From:  William Henshall

In Re: Case No. 08-01625

Date: May 5th, 2008

RECEIVED
MAY 08 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Having given the matter great thought and realizing the probable accrual of negative consequences for my friend, Linda Rovai-Pickett, in the instant case, it seemed appropriate, most especially as I have no other way of communicating at present, to suggest that an order signed by you (draft accompanying) would resolve a difficult and, frankly, needless, situation which has prevented, and will prevent, me from accessing the federal building, let alone this court, as set forth in my Declaration in Support of Ms. Pickett's Motion to Remand.

    In addition, I am firmly of the opinion that this situation, and it is one affecting **all like situated** lawful de jure State Citizens, has intimate, and unfortunate, implications pursuant to the nature and jurisdiction of this court, issues which I stand prepared to address, yet hoping to avoid the ensuing complications implicit with going forward with such preliminary matters and the consumption of time and resources of the parties, and the judicial economy of the court which would be necessary to the determination of the matter.

    Accordingly, and with no *known* legal authority(ies) - and I consider myself to be a competent legal researcher -- which could have the effect of preventing a Citizen, and member of "Our Posterity", from access to, and participation in, what is, in effect, **his own court** (!) - see **Article 34** of the **Magna Charta (1215)** and the right to redress of grievance upon which the Nation & Republic was ordained and established (***Cohens v Virginia 6 Wheat 264***), I

believe that the interests of justice would be abundantly served if such an order, as accompanies this note, or the equivalent thereof, would be in effect so as to assure, to the *maximum practicable extent*, that my friend can obtain redress for the injuries she has suffered and that, quite possibly, greater objectives for the societal good, which is, in the main, is what has prompted my attention and concern to the instant case, might likewise be achieved to *prevent* the recurrence of the ghastly and deplorable circumstances, which gave rise to this case in the first place, and the attendant manifest miscarriages of justice, upon anyone else.

    For the record, there will be no objection to the presentation of any memorandum of points & authorities in opposition to this request, though it is difficult to discern what, if any, such legal authorities might exist and/or what prejudice would accrue to any of the Defendants with the issuance of the proposed order.

        Constitutionally,

        */s/ William Henshall*
        William Henshall

cc/Matthew D. Ross/Leonard Carder LLP
    Counsel for Defendant HERE Local # 2

    Robert E. Sheeder Esq.
    Counsel for Defendant HMS Host(?)/BARG (?)

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Linda Rovai-Pickett, | ) | |
| --- | --- | --- |
| | ) | |
| | ) | CASE No. *C08 01625* |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| vs. | ) | *Order* |
| | ) | |
| HMS Host Inc., | ) | |
| | ) | |
| HERE Local #2 | ) | |
| | ) | |
| | ) | |
| Does 1 thru 50 | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| _____ | ) | |



THIS MATTER having come regularly before the Court and good cause appearing, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

William Henshall, whose likeness, signature, and thumbprint accompany this order, is be admitted to the federal building, and this court, located at 450 Golden Gate Avenue, San Francisco, California for *any* and *all* purposes throughout the pendency of Case No. 08-01625 without having to produce any ID issued by any government entity .

Date: _____, 2008

_____
Maxine Chesney/Judge
Federal District Court

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



*William Henshall* (signature)
William Henshall

