IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>        Plaintiff,<br><br>   v.<br><br>HMS HOST, INC., et al.,<br><br>        Defendants.<br>_____/ | No. C-08-1625 MMC<br><br>**ORDER DENYING REQUEST FOR ORDER PERMITTING ENTRY TO FEDERAL BUILDING WITHOUT GOVERNMENT-ISSUED IDENTIFICATION** |

The Court is in receipt of the proposed order submitted May 8, 2008 by William Henshall ("Henshall"), and accompanying letter of explanation, by which Henshall seeks an order permitting him access to the federal building in which this Court is located, "for *any* and *all* purposes throughout the pendency of Case No. 08-01625 without having to produce any ID issued by any government entity." (See Proposed Order filed May 8, 2008 (emphasis in original).)

Henshall is not a party to the action and, consequently, any such request must come from plaintiff herself. Further, the request is premature, as no hearing potentially involving testimony from a third party has been scheduled at this time. Finally, the Court notes that the security procedures adopted by the United States Marshal are reasonable and necessary.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 13, 2008

_____
MAXINE M. CHESNEY
United States District Judge