Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

**FILED**

08 MAY 29 PM 2: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** | ) |
| Plaintiff | ) CASE No. *C08 01625* ) |
| vs. | ) |
| HMS Host Inc., | ) *Proof of Service* |
| HERE Local #2 | ) |
| Does 1 thru 50 | ) |
| Defendants | ) |

# *Proof of Service*

I an domiciled in San Mateo County, California. I am over the age of 18 and not a party to the within action. My address is: First Judicial District, P. O. Box 281676 San Francisco, California, USA. On April 24th, I served the following documents in *Case No. 08-01625*:

**Plaintiff's Supplementary Points & Authorities in Oposition to Defendant's Motion to Dismiss**

on the following parties via first class mail postage prepaid at the Post Office in San Francisco, California:

| | |
|---|---|
| Matthew Ross | Robert Sheeder |
| @ Leonard Carder LLP | 1445 Ross Avenue Suite 3800 |
| 1330 Broadway Suite 1450 | Dallas, Texas 75202 |
| Oakland, California 94612 | Attorney for Defendant BARG |
| Attorney for Defendant HERE Local #2 | and/or HMS Host Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Millbrae, California on May 28th, 2008.

_____
William Henshall/Declarant