# Proof of Service

FILED
08 JUN 13 PM 3:06

I an domiciled in San Mateo County, California. I am over the age of 18 and not a party to the within action. My address is: First Judicial District, P. O. Box 281676 San Francisco, California, USA. On June 12th 2008, I served the following documents in *Case No. 08-01625*: /s/

**Plaintiff's Motion for Reconsideration of Motion to Remand\***

**Declaration of William Henshall in support of Reconsideration**

**Proposed Order**

on the following parties via first class mail postage prepaid *at the Post Office* in San Francisco, California:

| | |
|---|---|
| Matthew Ross | Robert Sheeder |
| @ Leonard Carder LLP | 1445 Ross Avenue Suite 3800 |
| 1330 Broadway Suite 1450 | Dallas, Texas 75202 |
| Oakland, California 94612 | Attorney for Defendant BARG |
| Attorney for Defendant HERE Local #2 | and/or HMS Host Inc. |

I declare, *under penalty of perjury*, under the laws of the State of California that the foregoing is true and correct. Executed at Millbrae, California on June 12th, 2008.

_____
William Henshall/Declarant

\* this document was faxed, on June 12th, 2008, to counsel for defendants at their respective fax numbers as listed in their pleadings