MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>　　　　　Defendants. | CASE NO. 3:08-CV-01625-MMC<br><br>**DEFENDANT LOCAL 2's OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

For the reasons described herein, Defendant UNITE HERE! Local 2 ("Local 2") opposes Plaintiff's motion (#30) for reconsideration of the Court's denial of her motion to remand. First, plaintiff requests reconsideration under the wrong standard. Rule 59(e) is reserved for final judgments in a case, *not* a denial of a non-dispositive, pre-trial motion. Even if the Court were to consider plaintiff's request for reconsideration, the Court should deny her request because counsel served plaintiff with the opposition, and moreover, her request is futile since plaintiff does not (and *cannot*) dispute that federal jurisdiction lies over her DFR claim.

First, Leonard Carder, LLP, attorneys of record for Local 2, mailed plaintiff a copy of its opposition to the motion to remand. (Khae Saechao Declaration, ¶ 3). In preparing to file Local

1

2's opposition to the motion to remand, Ms. Saechao, Matthew Ross' assistant, followed her standard practice in preparing the filing and copies to be served by mail. (*Id.*, ¶ 4 & Exhibit 1 (proof of service)). Indeed, at the time that Local 2 filed its opposition to plaintiff's motion to remand, Robert Sheeder, one of the attorneys for the other defendant also did not participate in the electronic case filing (ECF) system, and thus, Local 2 counsel mailed Mr. Sheeder his opposition on the same day as it mailed plaintiff her copy. Mr. Sheeder's office received their copy. (Camille Leonard Declaration, ¶ 4). In addition, the copy of the opposition addressed and mailed to plaintiff was never returned to Leonard Carder's office. (Saechao Decl., ¶ 6). Thus, these facts demonstrate that counsel for Local 2 mailed the opposition to plaintiff at her designated mailing address.

More importantly, this Court should deny reconsideration because it would be futile. As this Court found, it is settled law that a DFR claim arises exclusively under federal law. (Order (#28), p. 3). Even plaintiff does not dispute that federal law governs her claims for breach of the collective bargaining agreement. (Order, p. 3:2-4).

## CONCLUSION

For the reasons stated herein, Local 2 requests that this Court deny plaintiff's Motion to Reconsideration (#30) to reconsider its decision that federal jurisdiction exists over plaintiff's DFR claim against Local 2.[1]

Dated: June 17, 2008     By:   /s/ Matthew D. Ross
                                MATTHEW D. ROSS
                                ATTORNEYS FOR DEFENDANT UNITE
                                HERE! LOCAL 2

---

[1] Plaintiff also requests in her relief that the Court postpone the hearing on June 27, 2008 concerning the motion to dismiss filed by defendant Bay Area Restaurant Group (erroneously named as HMS Host Inc. in plaintiff's complaint). Since Local 2 did not join in that motion, Local 2 does not state a position with respect to that request.

# PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On June 17, 2008, I served the following document:

1. **DEFENDANT LOCAL 2's OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

2. **DECLARATION OF KHAE SAECHAO IN SUPPORT OF LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION**

3. **DECLARATION OF CAMILLE LEONARD IN SUPPORT OF LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| Katherine C. Huibonhoa | katherinehuibonhoa@paulhastings.com |
| John C. Post | johnpost@paulhastings.com |
| Nancy O' Connor | nancy.oconnor@bgllp.com |
| Robert Elwood Sheeder | robert.sheeder@bgllp.com |

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, CA 94030

__X__ **BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD CARDER LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

Executed at Oakland, California, on June 17, 2008.

/s/ Khae Saechao
Khae Saechao

---

1

PROOF OF SERVICE: LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION
[USDC Case No. 3:08-CV-01625-MMC]

MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>　　　　　Defendants. | CASE NO.  C08-01625-MMC<br><br>**DECLARATION OF KHAE SAECHAO IN SUPPORT OF LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION** |

I, KHAE SAECHAO, declare and state as follows:

1. I am an administrative assistant to Matthew D. Ross, a partner with the law firm of Leonard Carder, LLP, and the attorneys of record for Defendant UNITE HERE! Local 2 (erroneously name as erroneously named as "Hotel Employees & Restaurant Employees Local #2" in plaintiff's complaint).

2. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

3. As part of my regular job duties, I assist in preparing Mr. Ross' electronic case filings ("ECF") in this Court and am responsible for personally serving by first class mail any parties who do not participate in the ECF system, including plaintiff.

1

4. Since it is part of my regular job duties, I have a standard practice of preparing copies and envelopes for all parties to be personally served by mail and placing them in the mail once the electronic filing is submitted. I also prepare and sign the proof of service, identifying which parties were served by regular mail and which parties are participants in ECF.

5. I assisted in filing Local 2's opposition to plaintiff's motion to remand. As is my practice, I prepared the proof of service, and the envelopes addressed to plaintiff and Mr. Robert Sheeder, one of the attorneys of record for Defendant Bay Area Restaurant Group (erroneously named as "HMS Host, Inc." in plaintiff's complaint). Mr. Sheeder was served by mail, rather than electronically, because court records indicated he was not a participant in ECF. I placed copies of Local 2's opposition in the envelopes addressed to plaintiff and Mr. Sheeder and deposited them in the mail.

6. I checked our file on this proceeding, and I did not locate a returned mail of plaintiff's copy of the opposition.

7. Upon receipt of plaintiff's motion for reconsideration, I contacted Mr. Sheeder's office and confirmed with them that they received Local 2's opposition by regular mail.

8. Attached as Exhibit 1 to my declaration is a copy of the filed proof of service, also already on file with this Court as part of Local 2's opposition to plaintiff's motion to remand.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, executed this 17th day of June, 2008, in Oakland California.

_____
Khae Saechao
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
E-Mail: ksaechao@leonardcarder.com

2

SAECHAO DECL ISO OF LOCAL 2 OPPOSITION
TO MOTION FOR RECONSIDERATION

# EXHIBIT 1

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On May 15, 2008, I served the following document:

**DEFENDANT LOCAL 2's OPPOSITION TO PLAINTIFF'S MOTION TO REMAND PROCEEDING TO STATE COURT**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| Katherine C. Huibonhoa | katherinehuibonhoa@paulhastings.com |
| John C. Post | johnpost@paulhastings.com |
| Nancy O' Connor | nancy.oconnor@bgllp.com |

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, CA 94030

Robert E. Sheeder
Bracewell & Giuliani
Suite 3800
1445 Ross Avenue
Dallas, TX 75202

_____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the fax number(s) of the addressee(s) designated.

__X__ **BY REGULAR MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD CARDER LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

Executed at Oakland, California, on May 15, 2008.

/s/ Khae Saechao
Khae Saechao

---

1
PROOF OF SERVICE: LOCAL 2'S OPPOSITION TO MOTION TO REMAND
[USDC Case No. 3:08-CV-01625-MMC]

```
MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. C08-01625-MMC<br><br>DECLARATION OF CAMILLE LEONARD IN SUPPORT OF LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION |

I, CAMILLE LEONARD, declare and state as follows:

1. I am an assistant to Robert E. Sheeder, a partner with the law firm of Bracewell & Guliani, LLP, attorneys of record for Defendant Bay Area Restaurant Group (erroneously named as "HMS Host, Inc." in plaintiff's complaint). Mr. Sheeder is admitted *pro hac vice* to appear before this Court in proceedings related to the instant litigation.

2. I am over twenty-one years of age and have never been convicted of a crime. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would testify competently thereto.

1

LEONARD DECL ISO OF LOCAL 2 OPPOSITION
TO MOTION FOR RECONSIDERATION

3. Until recently, Mr. Sheeder did not participate in this Court's electronic case filing system, and as a consequence, I received all filings in this case through mail.

4. On or around May 20, 2008, I received via mail, the opposition to plaintiff's motion to remand that was filed by defendant UNITE HERE! Local 2 (erroneously named as "Hotel Employees & Restaurant Employees Local #2" in plaintiff's complaint).

I declare under penalty of perjury under the laws of the State of Texas and the United States that the foregoing is true and correct, executed this 17th day of June, 2008, in Dallas, Texas.

*[signature: Camille Leonard]*

CAMILLE LEONARD, Assistant to
ROBERT SHEEDER
*Admitted Pro Hac Vice*
BRACEWELL & GULIANI, LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711
Ph: 214.758.1643
Fax: 214.758.8340
E-Mail: robert.sheeder@bgllp.com
Attorneys for Bay Area Restaurant Group

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169   FAX: (510) 272-0174

2

LEONARD DECL ISO OF LOCAL 2 OPPOSITION
TO MOTION FOR RECONSIDERATION