IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT, | No. C-08-1625 MMC |
| Plaintiff, | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO RECONSIDER; VACATING HEARINGS; DIRECTIONS TO CLERK** |
| v. | |
| HMS HOST, INC., et al., | |
| Defendants. | |

Before the Court is plaintiff Linda Rovai-Pickett's motion, filed June 13, 2008, for reconsideration of the Court's order denying plaintiff's motion to remand, which filing the Court construes as a motion for leave to file a late reply to defendants' oppositions to her motion to remand and thereafter to have the Court reconsider its ruling in light of such additional briefing.[1]

Plaintiff seeks reconsideration on the ground she was not served with defendants' oppositions, filed, respectively, by Local 2 and Bay Area Restaurant Group ("BARG"), or with BARG's motion to strike the Declaration of William Henshall. Plaintiff requests that defendants serve her with copies of said filings, and states that such service may, in this

---

[1] On June 17, 2008, defendant UNITE HERE! Local 2 ("Local 2") filed opposition to plaintiff's motion for reconsideration. Having read and considered the parties' submissions in connection with the motion for reconsideration, the Court finds the matter appropriate for resolution without oral argument, and hereby VACATES the June 20, 2008 hearing thereon.

1  instance, be effectuated by e-mail.  Plaintiff further requests that the June 27, 2008 hearing
2  on BARG's motion to dismiss be vacated, and reset after resolution of plaintiff's motion for
3  reconsideration.
4          Although plaintiff contends she was not served with Local 2's opposition, Local 2 has
5  provided proof of service of its opposition on plaintiff at plaintiff's address of record.  (See
6  Def. Local 2's Opp'n to Pl.'s Mot. to Remand, attachment titled "Proof of Service.")
7  Nevertheless, to ensure that plaintiff does in fact have a copy of Local 2's opposition, the
8  Court will direct the Clerk to mail such copy to plaintiff along with a copy of this order.
9  BARG, however, did not attach proof of service to its opposition or motion to strike;
10 consequently, the Court will direct BARG to serve said documents on plaintiff.
11         Accordingly, for the reasons stated, plaintiff's motion is hereby GRANTED in part as
12 follows.
13         1. Defendant BARG is hereby ORDERED to serve plaintiff with its opposition to
14 plaintiff's motion to remand and its motion to strike the Declaration of William Henshall,
15 such service to be made at plaintiff's address of record, or, as plaintiff has alternatively
16 requested, by email at Smoolik@SBCglobal.net; no later than June 23, 2008, BARG shall
17 file proof of such service.
18         2. Along with a copy of this order, the Clerk shall mail to plaintiff at her address of
19 record a copy of Local 2's opposition to plaintiff's motion to remand.
20         3. Plaintiff shall file, no later than July 7, 2008, any reply to defendants' oppositions,
21 at which time the matter will be taken under submission.
22         4. In light of the above, the June 27, 2008 hearing on defendant BARG's motion to
23 dismiss is hereby VACATED and, the matter having been fully briefed, the hearing will be
24 reset, if necessary, subsequent to the Court's resolution of plaintiff's motion for
25 reconsideration.
26     **IT IS SO ORDERED.**
27 Dated: June 19, 2008
                                                  _____
28                                                MAXINE M. CHESNEY
                                                  United States District Judge