ROBERT E. SHEEDER (TX Bar # 18174300)
Admitted pro hac vice
robert.sheeder@bgllp.com
1445 Ross Avenue, Suite 3800
Dallas, TX 75202
Telephone: (214) 758-1643
Facsimile: (214) 758-8340

KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
JOHN C. POST (SB# 233236)
johnpost@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
BAY AREA RESTAURANT GROUP,
(incorrectly named as HMS HOST, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ROVAI-PICKETT, | CASE NO. C 08-01625 MMC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50, | Date: June 27, 2008<br>Time: 9:00 A.M.<br>Judge: Hon. Maxine M. Chesney |
| Defendants. | |

Case No. Case No. C-08-01625 MMC

LEGAL_US_W # 58606362.1

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On June 13, 2008, I served copies of the following documents:

1) Joint Notice of Removal of Civil Action to Federal Court

2) Declaration of Matthew D. Ross In Support of Notice of Removal of Civil Action to Federal Court;

3) Certificate of Service of Notice to Adverse Party of Removal to Federal Court;

4) Certificate of Service of Notice to Superior Court of Removal of Civil Action to United States District Court for the Northern District of California;

5) Motion for Leave for Admission of Attorney Robert E. Sheeder to Appear *Pro Hac Vice*;

6) Motion for Leave for Admission of Attorney Nancy Morrison O'Connor to Appear *Pro Hac Vice*;

7) UNITE HERE! Local 2 Answer to Complaint and Affirmative Defenses;

8) Motion to Dismiss and Brief In Support of Defendant Bay Area Restaurant Group;

9) Notice of Motion to Dismiss and Brief In Support;

10) Certificate of Service of Notice of Motion to Dismiss and Brief In Support and Motion to Dismiss and Brief In Support of Defendant Bay Area Restaurant Group;

11) Defendant Local 2's Opposition to Plaintiff's Motion to Remand Proceeding to State Court;

12) Defendant Bay Area Restaurant Group's Opposition to Plaintiff's Motion to Remand;

13) Defendant BARG's Motion to Strike the Declaration of William Henshall; and

14) Defendant BARG's Reply to Plaintiff's Answer to Defendant's Motion to Dismiss

LEGAL_US_W # 59168377.1

MOTION TO DISMISS

on the interested parties by electronic transmission as follows:

**Linda Rovai-Pickett**          Smoolik@SBCglobal.net

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 13, 2008, at San Francisco, California.

*Patricia A. Lawson* (signature)
Patricia A. Lawson