UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Linda Rovai-Pickett

                Plaintiff(s),

Case No. C 08-01625 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

HMS Host, Inc., et al

                Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/20/2008

                                                                               [Party]

Dated: 6/20/2008

                                                              s/ Matthew D. Ross
                                                              [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## **PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On June 20, 2008, I served the following document:

### **ADR CERTIFICATION BY PARTIES AND COUNSEL**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| **Katherine C. Huibonhoa** | katherinehuibonhoa@paulhastings.com |
| **John C. Post** | johnpost@paulhastings.com |
| **Nancy O' Connor** | nancy.oconnor@bgllp.com |
| **Robert Elwood Sheeder** | robert.sheeder@bgllp.com |

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Linda Rovai-Pickett**
**17 Queen Anne Court**
**Millbrae, CA 94030**
*Certified Receipt No.: 7007 3020 0000 1747 1579*

 **X**   **BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD CARDER LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

Executed at Oakland, California, on June 20, 2008.

/s/ Khae Saechao
Khae Saechao

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

1
PROOF OF SERVICE: ADR CERTIFICATION BY PARTIES AND COUNSEL
[USDC Case No. 3:08-CV-01625-MMC]