UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Linda Rovai-Pickett

           Plaintiff(s),

    v.

HMSHost, Inc., et al

           Defendant(s).

Case No. C 08-01625 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/20/08

                                                *Joe P. Martin*
                                                [Party]

Dated: 6/20/08

                                                s/Nancy Morrison O'Connor
                                                [Counsel]

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2000 K Street, Suite 500, Washington, District of Columbia 20006. On June 20, 2008, I served a copy of the following document:

## ADR CERTIFICATION BY PARTIES AND COUNSEL

I electronically filed the foregoing document by placing true copies thereof enclosed in a sealed envelope and served in the manner described below to each of the parties herein and addressed as stated below:

**Jennifer Lynn Marston**     jmarston@leonardcarder.com

**Mathew D. Ross**     mross@leonardcarder.com

I served the foregoing document BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Washington, District of Columbia addressed as set forth below:

**Linda Rovai-Pickett**
**17 Queen Anne Court**
**Millbrae, CA 94030**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 20, 2008, at Washington, District of Columbia.

/s/Amy B. Gullish
Amy. B. Gullish

Case No. C 08-01625 MMC
ADR CERTIFICATION BY PARTIES AND COUNSEL