Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

FILED
JUN 23 PM 1:54

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** ) | |
| ) | CASE No. *C08 01625* MMC |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Apology for delay in |
| HMS Host Inc., ) | |
| ) | discovery matters |
| HERE Local #2 ) | |
| ) | |
| Does 1 thru 50 ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| _____ ) | |

I, Linda Rovai-Pickett, hereby acknowledge that there is *NO RESPONSIBILITY* on the part of counsel for Defendants for any slight delay in the discovery schedule; rather with myself and 'next friend' William Henshall being focused on the pre-trial motions and associated research and writing, what with arcane matters of federal jurisdiction, that discovery matters came at me too fast and I was caught somewhat unawares (perhaps one of the potential mine fields of federal jurisdiction about which due concern has been expressed) and lost track of these matters with my attention focused elsewhere.

Luckily the instant case does not seem to be a difficult one from an evidentiary standpoint and I believe that little, if any, time will be lost and/or any purported prejudice suffered by any party to the instant case pursuant to these matters.

_____
Linda Rovai-Pickett/Plaintiff

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Linda Rovai-Pickett,** )<br>)<br>) | **CASE No. *C08 01625*** |
| Plaintiff ) | |
| ) | Notice of Continuing |
| vs. ) | |
| ) | Objection to Federal |
| HMS Host Inc., ) | |
| ) | Jurisdiction |
| HERE Local #2 ) | |
| ) | |
| ) | |
| Does 1 thru 50 ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| _____ ) | |

COMES NOW Plaintiff Linda Rovai-Pickett in her own proper person appearing *specially* and not generally herein to file this *continuing* objection to the exercise of federal jurisdiction in the instant case for the reasons stated in Plaintiff's *unopposed* Motion to Remand.

In addition, Plaintiff is perusing the massive volume of the FRCP to attempt to discover what, if any, remedies for review of her motion exist, whether an interlocutory appeal, extraordinary writ, or other process, while knowing that the time frame is very short for instituting any such remedy, yet another issue highlighting all too well the type of procedural, if not actual, prejudice alluded to in Plaintiff's Motion to Remand.

Plaintiff does not consider this issue at all resolved, most especially given the issues raised and supporting authorities cited and believes that the court may be proceeding *coram non judice* should her positions be vindicated in subsequent proceedings.

_____
Linda Rovai-Pickett/Plaintiff

Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, California, USA
650-873-2188
Plaintiff In Propria Persona

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Rovai-Pickett, ) | |
| ) | |
| ) | CASE No. *C08 01625* |
| Plaintiff ) | |
| ) | |
| ) | |
| vs. ) | Limited Stipulation to |
| ) | |
| HMS Host Inc., ) | Federal Magistrate for |
| ) | |
| HERE Local #2 ) | ADR purposes |
| ) | |
| ) | |
| Does 1 thru 50 ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| ) | |

I, Linda Rovai-Pickett, the Plaintiff in the instant case do hereby make this limited stipulation to a federal magistrate for ADR purposes, while continuing to object to what seems the unwarrantable exercise of federal jurisdiction in the instant case.

This action was also motivated by 'tardiness' on the part of Plaintiff and 'next friend' William Henshall with regard to the proposed schedule for matters of discovery.

Fortunately, the instant case will not be heavy on evidentiary and/or discoverable matters, at least on the part of Plaintiff, so any delays in the process should be minimal.

Indeed, Plaintiff has prepared today a list of witnesses pursuant to *Rule 26(f)* which should satisfy in large part any obligations in this area.

Of course Plaintiff, being unfamiliar with federal jurisdiction, having a great deal of work to do on pre-trial motions, researching appellate remedies, and suffering from not having received certain documents (since arrived), which she *really* did not receive, despite what counsel for HERE Local # 2 has insinuated as a dilatory action on her part, was surprised by the rapidity of the

discovery schedule and does not understand the need or such haste, most particularly after having spent 15 months in administrative backwaters, largely at the behest of Defendant HMS Host.

_____
Linda Rovai-Pickett/Plaintiff

# Proof of Service

I an domiciled in San Mateo County, California. I am over the age of 18 and not a party to the within action. My address is: First Judicial District, P. O. Box 281676 San Francisco, California, USA. On June 20th 2008, I served the following documents in *Case No. 08-01625*:

*Plaintiff's Apology for Delay in Discovery Matters**

*Continuing Objection to Federal Jurisdiction**

*Limited Stipulation to Federal Magistrate for ADR Purposes**

on the following parties via first class mail postage prepaid *at the Post Office* in San Francisco, California:

| | |
|---|---|
| Matthew Ross | Nancy O'Connor |
| @ Leonard Carder LLP | c/o Bracewell & Giuliani LLP |
| 1330 Broadway Suite 1450 | 2000 "K" Street NW |
| Oakland, California 94612 | Washington, DC 20006 |
| | Attorney for Defendant BARG |
| Attorney for Defendant HERE Local #2 | and/or HMS Host Inc. |

I declare, *under penalty of perjury*, under the laws of the State of California that the foregoing is true and correct. Executed at Millbrae, California on June 20th, 2008.

*[signature]*

William Henshall/Declarant

* these documents were faxed, on June 20th, 2008, to counsel for defendants at their respective fax numbers as listed in their pleadings

To: Clerk of Court
United States District Court

From: Linda Rovai-Pickett by William Henshall

In Re: Service of Process -- *Case No. 08-01625*

Date: June 20th, 2008

Please file accompanying documents in the instant case and attached proof of service. The 'Apology', 'Stipulation', and 'Continuing Objection' documents were bound together for your convenience for filing purposes, and, as noted with due regard to *perceived* inattentiveness on our part, these documents were also faxed *today* to counsel for Defendants as indicated in the proof of service.

Sincerely,

*William Henshall*
William Henshall

PS  it is the understanding of Plaintiff Linda Rovai-Pickett that a document stipulating to *NON-BINDING* Early Neutral Evaluation ADR was e-filed today by Ms. Nancy O'Connor with the approval of Plaintiff