IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT, | No. C-08-1625 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HMS HOST, INC., et al., | |
| Defendants. | |

Given the current status of the case, specifically, the pendency of plaintiff's motion for reconsideration of the Court's order denying remand and defendant HMS Host Inc.'s motion to dismiss, the July 11, 2008 Case Management Conference is hereby CONTINUED to September 12, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than September 5, 2008.

**IT IS SO ORDERED.**

Dated: July 3, 2008

MAXINE M. CHESNEY
United States District Judge