IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT, | No. C-08-1625 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER** |
| v. | |
| HMS HOST, INC., et al., | |
| Defendants. | |

Before the Court is plaintiff Linda Rovai-Pickett's motion, filed June 13, 2008, for reconsideration of the Court's June 5, 2008 order denying plaintiff's motion to remand. The Court previously granted the motion for reconsideration, in part, to the extent plaintiff sought to file a late reply to defendants' oppositions to her motion to remand; plaintiff subsequently filed her reply thereto. The Court now reviews the motion for reconsideration in light of such additional briefing.

In plaintiff's reply, she reasserts the argument, which argument was raised by plaintiff in her motion to remand, that the state court maintains concurrent jurisdiction over plaintiff's claims. Such argument was considered and rejected in the Court's June 5, 2008 order, (see Order filed June 5, 2008 at 4:3-9 (finding concurrent jurisdiction "does not limit the scope of this Court's subject matter jurisdiction over plaintiff's claims or prevent

1  removal of the action to federal court")), and plaintiff presents no legal authority contrary to
2  the Court's reasoning therein.
3      Accordingly, the motion for reconsideration is hereby DENIED.
4  **IT IS SO ORDERED.**
5  Dated: July 31, 2008

MAXINE M. CHESNEY
United States District Judge