MATTHEW D. ROSS, ESQ. (SB# 084703)
mross@leonardcarder.com
JENNIFER KEATING (SB# 250857)
jkeating@leonardcarder.com
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174

Attorneys for Defendant
UNITE HERE! Local 2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. 3:08-CV-01625-MMC<br><br>**DEFENDANT LOCAL 2'S NOTICE OF SUBSTITUTION OF ATTORNEYS** |

Defendant Local 2 hereby requests that Jennifer Keating be substituted for Jennifer Lynn Marston as an Attorney for Defendant Local 2 in this matter.

Dated: August 11, 2008

By: /s/ Jennifer Keating
JENNIFER KEATING
ATTORNEY FOR DEFENDANT UNITE HERE! LOCAL 2