1  MATTHEW D. ROSS, ESQ. (SB# 084703)
   mross@leonardcarder.com
2  JENNIFER KEATING (SF# 250857)
   Jkeating@leonardcarder.com
3  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
4  Oakland, CA 94612
   Telephone: (510) 272-0169
5  Facsimile: (510) 272-0174

6  Attorneys for Defendant
   UNITE HERE! Local 2

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

   LINDA ROVAI-PICKETT,                    CASE NO.  3:08-CV-01625-MMC
12
              Plaintiff,                   **PROOF OF SERVICE**
13
       vs.
14
   HMS HOST, INC., HOTEL EMPLOYEES
15 & RESTAURANT EMPLOYEES LOCAL
   #2, DOES 1 THRU 50,
16
17            Defendants.

18

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28
                                 1
   LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION
   [USDC Case No. 3:08-CV-01625-MMC]

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL. (510) 272-0169  FAX: (510) 272-0174

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. On August 11, 2008, I served the following document:

### DEFENDANT LOCAL 2's NOTICE OF SUBSTITUTION OF ATTORNEYS

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| **Katherine C. Huibonhoa** | **katherinehuibonhoa@paulhastings.com** |
| **John C. Post** | **johnpost@paulhastings.com** |
| **Nancy O' Connor** | **nancy.oconnor@bgllp.com** |
| **Robert Elwood Sheeder** | **robert.sheeder@bgllp.com** |

I served the foregoing document by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as below or stated on the attached service list:

**Linda Rovai-Pickett
17 Queen Anne Court
Millbrae, CA 94030**

__X__  **BY CERTIFIED/RETURN RECEIPT REQUESTED MAIL:** I caused such envelope to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with LEONARD CARDER LLP's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Services on that same day in the ordinary course of business.

Executed at Oakland, California, on August 11, 2008.

/s/ Carol Edgerton
Carol Edgerton

1

PROOF OF SERVICE: LOCAL 2'S OPPOSITION TO MOTION FOR RECONSIDERATION
[USDC Case No. 3:08-CV-01625-MMC]