1  LINDA ROVAI-PICKETT
   *Pro Se*
2  Smoolik@SBCglobal.net
   17 Queen Anne Court
3  Milbrae, California 94030

4  PLAINTIFF

5  ROBERT E. SHEEDER (TX Bar# 18174300)
   Admitted *pro hac vice*
6  robert.sheeder@bgllp.com
   BRACEWELL & GIULIANI LLP
7  1445 Ross Avenue, Suite 3800
   Dallas, TX 75202
8  Telephone:   (214) 758-1643
   Facsimile:   (214) 758-8340

9
   Attorneys for Defendant
10 BAY AREA RESTAURANT GROUP,
   (incorrectly named as HMS HOST, INC.)
11

12 (Additional counsel of record listed on the next page.)

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 LINDA ROVAI-PICKETT,                      CASE NO. C 08-01625 MMC

18           Plaintiff,                      STIPULATION AND [**PROPOSED**] ORDER
                                             TO CONTINUE CASE MANAGEMENT
19     vs.                                   CONFERENCE SCHEDULED FOR
                                             SEPTEMBER 12, 2008
20 HMS HOST, INC., HOTEL EMPLOYEES
   & RESTAURANT EMPLOYEES LOCAL
21 #2, DOES 1 THRU 50,

22           Defendants.

23

24

25

26

27

28

Case No. C-08-01625 MMC                              STIPULATION AND [PROPOSED] ORDER

LEGAL US W # 59888503.2

1  NANCY M. O'CONNOR (D.C. Bar# 418380)
   Admitted *pro hac vice*
2  nancy.oconnor@bgllp.com
   BRACEWELL & GIULIANI LLP
3  2000 K Street, Suite 500
   Washington, DC 20006
4  Telephone:  (202) 858-5846
   Facsimile:  (202) 857-2140
5
   KATHERINE C. HUIBONHOA (SB# 207648)
6  katherinehuibonhoa@paulhastings.com
   JOHN C. POST (SB# 233236)
7  johnpost@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street
   Twenty-Fourth Floor
9  San Francisco, CA 94105-3441
   Telephone:  (415) 856-7000
10 Facsimile:  (415) 856-7100

11 Attorneys for Defendant
   BAY AREA RESTAURANT GROUP
12 (incorrectly sued as HMS HOST, INC.)

13 MATTHEW D. ROSS, ESQ. (SB# 084703)
   mross@leonardcarder.com
14 JENNIFER KEATING (SB# 250857)
   jkeating@leonardcarder.com
15 LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
16 Oakland, CA 94612
   Telephone:  (510) 272-0169
17 Facsimile:  (510) 272-0174

18 Attorneys for Defendant
   UNITE HERE! Local 2
19 (incorrectly sued as Hotel Employees & Restaurant Employees Local #2)

20

21

22

23

24

25

26

27

28

Case No. C-08-01625 MMC                                    STIPULATION AND [PROPOSED] ORDER

LEGAL US W # 59888503.2

## STIPULATION AND [PROPOSED] ORDER

Pursuant to the April 20, 2005 Standing Orders For Civil Cases Assigned to the Honorable Maxine M. Chesney, Plaintiff Linda Rovai-Pickett, and Defendants Bay Area Restaurant Group (incorrectly sued as "HMS Host, Inc.") and UNITE HERE! Local 2 (incorrectly sued as "Hotel Employees & Restaurant Employees Local #2"), acting through their respective counsel of record, stipulate as follows:

1. The Parties currently are scheduled to appear before the Court on September 12, 2008 for the initial case management conference in this case.

2. Pursuant to Federal Rule of Civil Procedure 26(f), the Parties were supposed to have completed the conference of Parties by August 22, 2008. Pursuant to Rule 26(a) the Parties must exchange initial disclosures by September 5, 2008. In spite of their diligent efforts to meet these deadlines, the Parties have been, and will be, unable to meet them.

3. Counsel for defendant UNITE HERE! Local #2 who handled the day-to-day matters on this case unexpectedly resigned on July 18, 2008.

4. Counsel for defendant Bay Area Restaurant Group who handled the day-to-day matters on this case was required to begin emergency pregnancy leave on August 22, 2008, three weeks before her scheduled leave was to have commenced.

5. Given summer vacation schedules and the unanticipated nature of the departures of Counsel for Defendants, it has been difficult to effectively transition this case to new attorneys within the law firms of both Defendants. Each law firm, however, is working expeditiously to complete the transition as quickly as possible.

6. In addition, Plaintiff recently has returned to work and the parties have initiated good-faith settlement talks. If given additional time, the Parties anticipate that there is a strong possibility that they will be able to settle this matter before the need for an initial case management conference arises.

7. Therefore, good causes exists to postpone the case management conference scheduled for September 12, 2008 and all corresponding deadlines given that Counsel for Defendants need additional time to prepare for the Rule 26(f) conference of Parties and to prepare

Case No. C-08-01625 MMC                    -2-           STIPULATION AND [PROPOSED] ORDER
LEGAL US W # 59588503.2

1  initial disclosures; and, the Parties believe they can settle this matter before setting deadlines and
2  raising other issues with the Court is required.
3      8.    With this extension, the following deadlines will apply:
4          a.    Case management conference:    November 14, 2008 at 10:30 a.m.
5          b.    Conference of parties completed:    October 24, 2008
6          c.    Initial disclosures exchanged:    November 7, 2008
7  IT IS SO STIPULATED:
8  DATED: September 4, 2008
9                                      Plaintiff Linda Rovai-Pickett / PRO PER
10
11  DATED: September 4, 2008
                                    Robert E. Sheeder, /s/ by permission
12                                      Robert E. Sheeder
                                    Bracewell & Giuliani LLP
13                                      Counsel for Defendant Bay Area Restaurant Group
14  DATED: September __, 2008
15                                      Matthew D. Ross
                                    Leonard Carder LLP
16                                      Counsel for UNITE HERE! Local 2
17                             **ORDER**
18
19  PURSUANT TO STIPULATION, IT IS SO ORDERED
20  DATED: _____, 2008
21                                      HONORABLE MAXINE M. CHESNEY
22
23
24
25
26
27
28
Case No. C-08-01625 MMC                    -3-          STIPULATION AND [PROPOSED] ORDER
LEGAL US W # 59888303.2

1  initial disclosures; and, the Parties believe they can settle this matter before setting deadlines and
2  raising other issues with the Court is required.
3      8.   With this extension, the following deadlines will apply:
4         a.   Case management conference:      November 14, 2008 at 10:30 a.m.
5         b.   Conference of parties completed:   October 24, 2008
6         c.   Initial disclosures exchanged:      November 7, 2008
7  IT IS SO STIPULATED:
8  DATED: September __, 2008
                                                _____
9                                                Plaintiff Linda Rovai-Pickett

10  DATED: September 4, 2008
                                                *Robert E. Sheeder* /s/ by permission
11                                                Robert E. Sheeder
                                                Bracewell & Giuliani LLP
12                                                Counsel for Defendant Bay Area Restaurant Group

13  DATED: September 4, 2008
                                                _____
14                                                Matthew D. Ross
                                                Leonard Carder LLP
15                                                Counsel for UNITE HERE! Local 2

16

17                              ORDER

18
19  PURSUANT TO STIPULATION, IT IS SO ORDERED

20  DATED: _____, 2008
                                                _____
21                                                HONORABLE MAXINE M. CHESNEY

22
23
24
25
26
27
28
   Case No. C-08-01625 MMC                -3-      STIPULATION AND [PROPOSED] ORDER
   LEGAL US W # 59888503.2