KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
JOHN C. POST (SB# 233236)
johnpost@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100

ROBERT E. SHEEDER (TX Bar# 18174300)
Admitted *pro hac vice*
robert.sheeder@bgllp.com
BRACEWELL & GIULIANI LLP
1445 Ross Avenue, Suite 3800
Dallas, TX 75202
Telephone:  (214) 758-1643
Facsimile:   (214) 758-8340

Attorneys for Defendant
BAY AREA RESTAURANT GROUP,
(incorrectly named as HMS HOST, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. 3:08-CV-01625 MMC<br><br>**CERTIFICATE OF SERVICE ON STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 12, 2008** |

1    I, the undersigned, state:

2    I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years, and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, Suite 2400, San Francisco, CA 94105.

On September 5, 2008, I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR SEPTEMBER 12, 2008**

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Linda Rovai-Pickett               *Plaintiff Pro Se*
Plaintiff *Pro Se*
17 Queen Anne Court
Millbrae, CA 94030
E-mail: Smoolik@sbcglobal.net

☐ **VIA UPS OVERNIGHT MAIL**: By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL**: I am readily familiar with Paul, Hastings, Janofsky & Walker LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **VIA PERSONAL DELIVERY**: I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) listed above.

☐ **VIA FACSIMILE**: The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to the facsimile numbers indicated above on September 5, 2008.

☒ **VIA E-MAIL**: By electronic e-mail transmission to Linda Rovai-Picket, Plaintiff *Pro Se* at the following e-mail address: Smoolik@sbcglobal.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I further declare that I am employed by a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2008, at San Francisco, California.

_____
JEFF SMITH

CASE NO. 3:08-CV-01625 MMC                                    CERTIFICATE OF SERVICE
LEGAL_US_W # 59902461.1

## Smith, Jeff

| | |
|---|---|
| **From:** | Smith, Jeff |
| **Sent:** | Friday, September 05, 2008 12:11 PM |
| **To:** | Smoolik@sbcglobal.net |
| **Cc:** | Smith, Jeff |
| **Subject:** | Rovai-Pickett v. HMS Host, Inc., et al. - Case No. 3:08-CV-01625 MMC |
| **Attachments:** | Host Int_I_Pickett - Doc 47 Stipulation & Proposed Order to Continue CMC on 9.12.08 (59900850_1).PDF; Certificate of Service.pdf |

Please see attached:

1. Stipulation and Proposed Order to Continue Case Management Conference Scheduled for September 12, 2008
2. Certificate of Service on Stipulation and Proposed Order to Continue Case Management Conference Scheduled for September 12, 2008

Jeff Smith
Secretary to Katherine C. Huibonhoa

---

**Jeff Smith | Paul, Hastings, Janofsky & Walker LLP | 55 Second Street, 24th Floor, San Francisco, CA 94105 | direct: 415.856.7472 | main: 415.856.7000 | facsimile: 415.856.7100 | jeffsmith@paulhastings.com|**
**www.paulhastings.com**

9/5/2008

1  LINDA ROVAI-PICKETT
   *Pro Se*
2  Smoolik@SBCglobal.net
   17 Queen Anne Court
3  Milbrae, California 94030

4  PLAINTIFF

5  ROBERT E. SHEEDER (TX Bar# 18174300)
   Admitted *pro hac vice*
6  robert.sheeder@bgllp.com
   BRACEWELL & GIULIANI LLP
7  1445 Ross Avenue, Suite 3800
   Dallas, TX 75202
8  Telephone:  (214) 758-1643
   Facsimile:   (214) 758-8340
9
   Attorneys for Defendant
10 BAY AREA RESTAURANT GROUP,
   (incorrectly named as HMS HOST, INC.)
11

12 (Additional counsel of record listed on the next page.)

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16

17 LINDA ROVAI-PICKETT,                CASE NO. C 08-01625 MMC

18              Plaintiff,              STIPULATION AND [**PROPOSED**] ORDER
                                        TO CONTINUE CASE MANAGEMENT
19       vs.                            CONFERENCE SCHEDULED FOR
                                        SEPTEMBER 12, 2008
20 HMS HOST, INC., HOTEL EMPLOYEES
   & RESTAURANT EMPLOYEES LOCAL
21 #2, DOES 1 THRU 50,

22              Defendants.

23

24

25

26

27

28

Case No. C-08-01625 MMC                                 STIPULATION AND [PROPOSED] ORDER

LEGAL US W # 59888503.2

```
 1  NANCY M. O'CONNOR (D.C. Bar# 418380)
    Admitted pro hac vice
 2  nancy.oconnor@bgllp.com
    BRACEWELL & GIULIANI LLP
 3  2000 K Street, Suite 500
    Washington, DC 20006
 4  Telephone:  (202) 858-5846
    Facsimile:  (202) 857-2140
 5
    KATHERINE C. HUIBONHOA (SB# 207648)
 6  katherinehuibonhoa@paulhastings.com
    JOHN C. POST (SB# 233236)
 7  johnpost@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 8  55 Second Street
    Twenty-Fourth Floor
 9  San Francisco, CA 94105-3441
    Telephone:  (415) 856-7000
10  Facsimile:  (415) 856-7100

11  Attorneys for Defendant
    BAY AREA RESTAURANT GROUP
12  (incorrectly sued as HMS HOST, INC.)

13  MATTHEW D. ROSS, ESQ. (SB# 084703)
    mross@leonardcarder.com
14  JENNIFER KEATING (SB# 250857)
    jkeating@leonardcarder.com
15  LEONARD CARDER, LLP
    1330 Broadway, Suite 1450
16  Oakland, CA 94612
    Telephone:  (510) 272-0169
17  Facsimile:  (510) 272-0174

18  Attorneys for Defendant
    UNITE HERE! Local 2
19  (incorrectly sued as Hotel Employees & Restaurant Employees Local #2)

20

21

22

23

24

25

26

27

28
    Case No. C-08-01625 MMC                       STIPULATION AND [PROPOSED] ORDER
    LEGAL_US_W # 59888503.2
```

Case 3:08-cv-01625-MMC    Document 48    Filed 09/05/2008    Page 6 of 8
09/04/2008 15:16 FAX 510 272 0174    LEONARD CARDER, LLP    004/005
Case 3:08-cv-01625-MMC    Document 47    Filed 09/05/2008    Page 3 of 5

## STIPULATION AND [PROPOSED] ORDER

Pursuant to the April 20, 2005 Standing Orders For Civil Cases Assigned to the Honorable Maxine M. Chesney, Plaintiff Linda Rovai-Pickett, and Defendants Bay Area Restaurant Group (incorrectly sued as "HMS Host, Inc.") and UNITE HERE! Local 2 (incorrectly sued as "Hotel Employees & Restaurant Employees Local #2"), acting through their respective counsel of record, stipulate as follows:

1. The Parties currently are scheduled to appear before the Court on September 12, 2008 for the initial case management conference in this case.

2. Pursuant to Federal Rule of Civil Procedure 26(f), the Parties were supposed to have completed the conference of Parties by August 22, 2008. Pursuant to Rule 26(a) the Parties must exchange initial disclosures by September 5, 2008. In spite of their diligent efforts to meet these deadlines, the Parties have been, and will be, unable to meet them.

3. Counsel for defendant UNITE HERE! Local #2 who handled the day-to-day matters on this case unexpectedly resigned on July 18, 2008.

4. Counsel for defendant Bay Area Restaurant Group who handled the day-to-day matters on this case was required to begin emergency pregnancy leave on August 22, 2008, three weeks before her scheduled leave was to have commenced.

5. Given summer vacation schedules and the unanticipated nature of the departures of Counsel for Defendants, it has been difficult to effectively transition this case to new attorneys within the law firms of both Defendants. Each law firm, however, is working expeditiously to complete the transition as quickly as possible.

6. In addition, Plaintiff recently has returned to work and the parties have initiated good-faith settlement talks. If given additional time, the Parties anticipate that there is a strong possibility that they will be able to settle this matter before the need for an initial case management conference arises.

7. Therefore, good causes exists to postpone the case management conference scheduled for September 12, 2008 and all corresponding deadlines given that Counsel for Defendants need additional time to prepare for the Rule 26(f) conference of Parties and to prepare

Case No. C-08-01625 MMC    -2-    STIPULATION AND [PROPOSED] ORDER
LEGAL US W # 59688503.2

Case 3:08-cv-01625-MMC   Document 48   Filed 09/05/2008   Page 7 of 8
SEP-04-2008 04:24 AM
Case 3:08-cv-01625-MMC   Document 47   Filed 09/05/2008   Page 4 of 5
09/04/2008 16:45 FAX 4158867100   PaulHastings   650 5652020   P.01

1. initial disclosures; and, the Parties believe they can settle this matter before setting deadlines and
2. raising other issues with the Court is required.
3.     8. With this extension, the following deadlines will apply:
4.        a. Case management conference: November 14, 2008 at 10:30 a.m.
5.        b. Conference of parties completed: October 24, 2008
6.        c. Initial disclosures exchanged: November 7, 2008

IT IS SO STIPULATED:

DATED: September 4, 2008

*/s/ Linda Rovai-Pickett*
Plaintiff Linda Rovai-Pickett / PRO PER

DATED: September 4, 2008

*/s/ Robert E. Sheeder, filed by permission*
Robert E. Sheeder
Bracewell & Giuliani LLP
Counsel for Defendant Bay Area Restaurant Group

DATED: September __, 2008

_____
Matthew D. Ross
Leonard Carder LLP
Counsel for UNITE HERE! Local 2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2008

HONORABLE MAXINE M. CHESNEY

Case No. C-08-01625 MMC
LEGAL US W # 59888303.2
-3-
STIPULATION AND [PROPOSED] ORDER

Case 3:08-cv-01625-MMC    Document 48    Filed 09/05/2008    Page 8 of 8
09/04/2008 15:16 FAX 510 272 0174    LEONARD CARDER, LLP    ☒005/005
Case 3:08-cv-01625-MMC    Document 47    Filed 09/05/2008    Page 5 of 5

1  initial disclosures; and, the Parties believe they can settle this matter before setting deadlines and
2  raising other issues with the Court is required.

3    8.  With this extension, the following deadlines will apply:
4      a.  Case management conference:    November 14, 2008 at 10:30 a.m.
5      b.  Conference of parties completed:    October 24, 2008
6      c.  Initial disclosures exchanged:    November 7, 2008

7  IT IS SO STIPULATED:

8  DATED: September __, 2008
                                      _____
                                      Plaintiff Linda Rovai-Pickett

10 DATED: September 4, 2008
                                      *Robert E. Sheeder /esa by permission*
11                                    Robert E. Sheeder
                                      Bracewell & Giuliani LLP
12                                    Counsel for Defendant Bay Area Restaurant Group

13 DATED: September 4, 2008
                                      _____
14                                    Matthew D. Ross
                                      Leonard Carder LLP
15                                    Counsel for UNITE HERE! Local 2

17                    ORDER

18 
19 PURSUANT TO STIPULATION, IT IS SO ORDERED

20 DATED: _____, 2008
                                      _____
21                                    HONORABLE MAXINE M. CHESNEY

Case No. C-08-01625 MMC    -3-    STIPULATION AND [PROPOSED] ORDER
LEGAL US W # 59888503.2