1  LINDA ROVAI-PICKETT
   Pro Se Per
2  Smoolik@SBCglobal.net
   17 Queen Anne Court
3  Milbrae, California 94030

4  PLAINTIFF

5  ROBERT E. SHEEDER (TX# 18174300)
   Admitted pro hac vice
6  robert.sheeder@bgllp.com
   BRACEWELL & GIULIANI LLP
7  1445 Ross Avenue, Suite 3800
   Dallas, TX 75202
8  Telephone: (214) 758-1643
   Facsimile:  (214) 758-8340

9
   Attorneys for Defendant
10 BAY AREA RESTAURANT GROUP
   (incorrectly named as HMS HOST, INC.)

11
   (Additional counsel of record listed on next page.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>vs.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. 3:08-CV-01625-MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOVEMBER 14, 2008 |

LEONARD CARDER, LLP
ATTORNEYS
1330 BROADWAY, SUITE 1450
OAKLAND, CA 94612
TEL: (510) 272-0169  FAX: (510) 272-0174

1. NANCY M. O'CONNOR (D.C. Bar#418380)
   Admitted *pro hac vice*
2. nancy.oconnor@bgllp.com
   BRACEWELL & GIULIANI LLP
3. 2000 K Street, Suite 500
   Washington, DC 20006
4. Telephone:  (202) 858-5846
   Facsimile:   (202) 857-2140

5. 
6. KATHERINE C. HUIBONHOA (SB#207648)
   katherinehuibonhoa@paulhastings.com
   JOHN C. POST (SB#233236)
7. johnpost@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8. 55 Second Street
   Twenty-Fourth Floor
9. San Francisco, CA 94105-3441
   Telephone:  (415) 856-7000
10. Facsimile:   (415) 856-7100

11. Attorneys for Defendant
    BAY AREA RESTAURANT GROUP
12. (incorrectly sued as HMS HOST, INC.)

13. MATTHEW D. ROSS (SB#084703)
    mross@leonardcarder.com
14. JENNIFER KEATING (SB#250857)
    jkeating@leonardcarder.com
15. LEONARD CARDER, LLP
    1330 Broadway, Suite 1450
16. Oakland, CA 94612
    Telephone:  (510) 272-0169
17. Facsimile:   (510) 272-0174

18. Attorneys for Defendant
    UNITE HERE! Local 2
19. (incorrectly sued as Hotel Employees & Restaurant Employees Local #2)

20.
21.
22.
23.
24.
25.
26.
27.
28.

STIP. AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          Case No.: C-08-01625 MMC

Pursuant to the April 20, 2005 Standing Orders For Civil Cases Assigned to the Honorable Maxine M. Chesney, Plaintiff Linda Roval-Pickett, and Defendants Bay Area Restaurant Group (incorrectly sued as "HMS Host, Inc.") and UNITE HERE! Local 2 (incorrectly sued as "Hotel Employees & Restaurant Employees Local #2"), acting through their respective counsel of record, stipulate as follows:

1. The Parties currently are scheduled to appear before the Court on November 14, 2008 for the initial case management conference in this case.

2. Pursuant to Federal Rule of Civil Procedure 26(f), the Parties were supposed to have completed the conference of Parties by October 24, 2008, and are supposed to submit a Joint Case Management Conference Statement by November 7, 2008. Pursuant to Rule 26(a), the Parties are to exchange initial disclosures by November 7, 2008. For the reasons outlined below, the parties have been, and will be, unable to meet these deadlines.

3. As required by Rule 26(f), the Parties attempted to conduct a conference of Parties on October 24, 2008. During that conference, Plaintiff indicated that she was unaware that the Court had issued a ruling on Defendant's Motion to Dismiss, and as a result, was not adequately prepared to participate in the conference at that time. Defendants, by and through their respective counsel, indicated that they would not object to a reasonable extension of time to conduct the Rule 26(f) conference of Parties and to extend accordingly the time for the submission of a Joint Case Management Conference Statement, the exchange of Initial Disclosures, and the date of the Initial Case Management Conference. Counsel for Defendants understood that Plaintiff was going to seek an extension of those deadlines.

4. Plaintiff has advised counsel for Defendants that, on November 4, 2008, Plaintiff mailed to the Court a Request for Extension, at the same time indicating that Defendants would

1  submit a stipulation via email.

2  5. The Parties stipulate that good cause exists to postpone the Initial Case Management Conference scheduled for November 14, 2008, and all corresponding deadlines in order to provide Plaintiff with the necessary time to prepare for the Rule 26(f) conference of Parties.

6. With this extension, the following deadlines will apply:

   a. Case management conference:      January 16, 2009
   b. Joint Case Management Statement: January 9, 2009
   c. Initial disclosures exchanged:   January 9, 2009
   d. Conference of parties completed: December 12, 2008

IT IS SO STIPULATED:

Dated: November 6, 2008

By: _____
Plaintiff Linda Rovai-Pickett

Dated: November 6, 2008

By: Nancy M. O'Connor /l/ss
Nancy Morrison O'Connor
Bracewell & Giuliani LLP
Counsel for Defendant Bay Area Restaurant Group

Dated: November 6, 2008

By: _____
Jennifer Keating
Leonard Carder LLP
Counsel for UNITE HERE! Local 2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 10, 2008

_____
HONORABLE MAXINE M. CHESNEY

LEONARD CARDER, LLP
ATTORNEYS
1188 BROADWAY, SUITE 1188
OAKLAND, CA 94612
TEL: (510) 272-0169 FAX: (510) 272-0174

2
STIP. AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE   Case No.: C-08-01625 MMC