IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>HMS HOST, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-08-1625 MMC<br><br>**ORDER DENYING JOINT REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' "Joint Request for Telephonic Appearance at Case Management Conference Scheduled for January 16, 2009," filed January 13, 2009, by which the parties request to appear by telephone at the Case Management Conference in light of the residence and employment in Washington, D.C. of Nancy O'Connor, counsel for defendant Bay Area Restaurant Group ("BARG").

Having read and considered the request, as well as the parties' Joint Case Management Statement filed concurrently therewith, the Court finds it appropriate for local counsel, Paul, Hastings, Janofsky & Walker LLP, to appear on behalf of BARG at the January 16, 2009 Conference.

Accordingly, the request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 14, 2009

                                                      MAXINE M. CHESNEY
                                                    United States District Judge