UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

1
2
3   LINDA ROVAI-PICKETT,                          CASE NO.  C 08-01625 MMC

4                   Plaintiff,

5           v.

6   HMS HOST, INC., HOTEL EMPLOYEES            [proposed] ORDER GRANTING JOINT
    & RESTAURANT EMPLOYEES LOCAL              MOTION TO EXTEND THE NON-EXPERT
7   #2, DOES 1 THRU 50,                        DISCOVERY CUT-OFF DEADLINE

8                   Defendants.

9

10          Before the Court is the Joint Motion to Extend the Non-Expert Discovery

11   Cut-Off Deadline.  Upon consideration of the Motion,

12          IT  IS  ORDERED,  ADJUDGED,  AND  DECREED  that  the  Motion  is

13
14   GRANTED., and the non-expert discovery cutoff is extended to June 29, 2009.

15          **SO ORDERED**

16
17   Dated:  _June 18_____, 2009          _Maxine M. Chesney_____

18                                             Hon. Maxine M. Chesney
                                               United States District Judge
19

20

21

22

23

24

25

26

27

28

Case No. C-08-01625 MMC

ORDER