UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>Plaintiff,<br><br>v.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>Defendants. | CASE NO. C 08-01625 MMC<br><br>[proposed] ORDER GRANTING JOINT MOTION TO FURTHER EXTEND THE NON-EXPERT DISCOVERY CUT-OFF DEADLINE |

Before the Court is the Joint Motion to Further Extend the Non-Expert Discovery Cut-Off Deadline. Upon consideration of the Motion,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, and the non-expert discovery cutoff is extended to July 27, 2009.

**SO ORDERED**

Dated: July 10, 2009

_Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Judge

Case No. C-08-01625 MMC

ORDER