RECEIVED

09 NOV 19 PM 3: 05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Rovai-Pickett

Plaintiff,

v.

HMS Host, Inc., et al.

Defendant.

CASE NO. C 08-01625 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Keith M. Henneke , whose business address and telephone number is

Bracewell & Giuliani LLP
2000 K St., NW, Ste. 500
Washington, DC 20006
(202) 828-5875

and who is an active member in good standing of the bar of the State of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: November 30, 2009

_____
United States District Judge
Maxine M. Chesney