IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50<br><br>  Defendants. | No. C-08-1625 MMC<br><br>**ORDER VACATING JANUARY 8, 2010 HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

    Before the Court are defendant Bay Area Restaurant Group's motion for summary judgment and defendant UNITE HERE! Local #2's motion for summary judgment, each filed November 16, 2009. Plaintiff Linda Rovai-Pickett has filed a single opposition, to which defendants have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for January 8, 2010.

    **IT IS SO ORDERED.**

Dated: January 6, 2010

                                                   MAXINE M. CHESNEY
                                                   United States District Judge