IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LINDA ROVAI-PICKETT,

        Plaintiff,

  v.

HMS HOST, INC., HOTEL EMPLOYEES &
RESTAURANT EMPLOYEES LOCAL #2,
DOES 1 THRU 50,

        Defendants.
                                   /

No. CV-08-1625 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendant's motions for summary judgment are, in each instance, hereby GRANTED.

Dated: January 15, 2010                                        Richard W. Wieking, Clerk

                                                                           By: <u>Tracy Lucero</u>
                                                                           <u>Deputy Clerk</u>