NANCY MORRISON O'CONNOR (DC Bar #418380)
Admitted pro hac vice
nancy.oconnor@bgllp.com
KEITH M. HENNEKE (TX Bar #24054497)
Admitted pro hac vice
keith.henneke@bgllp.com
Bracewell & Giuliani LLP
2000 K Street, Suite 500
Washington, D.C. 20006
Telephone: (202) 828-5800
Facsimile: (202) 857-2140

ROBERT E. SHEEDER (TX Bar# 18174300)
Admitted pro hac vice
robert.sheeder@bgllp.com
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, TX 75202
Telephone: (214) 758-1643
Facsimile: (214) 758-8340

KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
BAY AREA RESTAURANT GROUP,
(incorrectly named as HMS HOST, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROVAI-PICKETT,<br><br>    Plaintiff,<br><br>v.<br><br>HMS HOST, INC., HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL #2, DOES 1 THRU 50,<br><br>    Defendants. | CASE NO. C 08-01625 MMC<br><br>APPLICATION FOR WITHDRAWAL AS COUNSEL OF RECORD FOR DEFENDANT BAY AREA RESTAURANT GROUP (incorrectly named as HMS HOST, INC.); [PROPOSED] ORDER THEREON |

## APPLICATION FOR WITHDRAWAL OF COUNSEL

Nancy Morrison O'Connor, Keith M. Henneke, Robert E. Sheeder and BRACEWELL & GIULIANI LLP hereby apply to withdraw as counsel for defendant Bay Area Restaurant Group (incorrectly named as HMS Host, Inc.) ("Defendant"), leaving as Defendant's remaining counsel of record Katherine C. Huibonhoa and Jennifer L. Roth of PAUL, HASTINGS, JANOFSKY & WALKER LLP. Defendant has consented to this withdrawal, as evidenced below.

DATED: 6/3/2010

By: _____
NANCY MORRISON O'CONNOR

By: _____
KEITH M. HENNEKE

By: _____
ROBERT E. SHEEDER

Defendant, Bay Area Restaurant Group (incorrectly named as HMS Host, Inc.) hereby consents to the withdrawal of Nancy Morrison O'Connor, Keith M. Henneke and Robert E. Sheeder of BRACEWELL & GIULIANI LLP, as its counsel of record in this action.

DATED: 6/9/10

By: _____
Party Representative

## ORDER

On their application, and good cause appearing therefore:

The Court hereby approves the withdrawal of Nancy Morrison O'Connor, Keith M. Henneke and Robert E. Sheeder of BRACEWELL & GIULIANI LLP as counsel for defendant Bay Area Restaurant Group (incorrectly named as HMS Host, Inc.).

DATED: June 15, 2010

_____
District Court Judge

-2-