UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LINDA ROVAI-PICKETT, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> HMS HOST, INC. and HOTEL EMPLOYEES & RESTAURANT EMPLOYEES LOCAL # 2, <br><br> Defendants - Appellees. | No. 10-15296 <br><br> D.C. No. 3:08-cv-01625-MMC <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered July 26, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are awarded to the appellee in the amount of $120.40.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk